UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MURALIKRISHNA LEKKALA, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL DATA SOLUTIONS, INC., an Illinois corporation, and NAGESWARA R. MORAMPUDI, an individual,<br><br>Defendant. | Case No. 15-cv-1106 |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Comes now, Plaintiff MURALIKRISHNA LEKKALA ("Lekkala"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby gives notice of voluntary dismissal of this action without prejudice.

/s/ Michael J. McNaughton
Counsel for Muralikrishna Lekkala

Scott Lyon
ARDC No. 902411
Sedgwick LLP
3 Park Plaza
17th Floor
Irvine, CA  92614
Email:  scott.lyon@sedgwicklaw.com
Telephone:  (949) 852-8200
Facsimile:  (949) 852-8282

Fred A. Smith
ARDC No. 6183157
Sedgwick LLP
One North Wacker Drive
Suite 4200
Chicago, IL  60606
Email:  fred.smith@sedgwicklaw.com
Telephone:  (312) 641-9050
Facsimile:  (312) 641-9530

Michael J. McNaughton
ARDC No. 6272703
Sedgwick LLP
One North Wacker Drive
Suite 4200
Chicago, IL  60606
Email:  michael.mcnaughton@sedgwicklaw.com
Telephone:  (312) 641-9050
Facsimile:  (312) 641-9530

20337275v1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2015, I electronically filed the foregoing **Notice of Voluntary Dismissal Without Prejudice** with the Clerk of the United States District Court for the Central District of Illinois, using the electronic filing system of that court.  That system will send notice of that filing to all attorneys of record who have properly consented to accept service by that means, including the following:

Robert M. Riffle (rriffle@emrslaw.com)

Russell J. Young (ryoung@rjylegal.com)

/s/ Michael J. McNaughton<br>
Counsel for Muralikrishna Lekkala

Scott Lyon
ARDC No. 902411
Sedgwick LLP
3 Park Plaza
17th Floor
Irvine, CA  92614
Email:  scott.lyon@sedgwicklaw.com
Telephone:  (949) 852-8200
Facsimile:  (949) 852-8282

Michael J. McNaughton
ARDC No. 6272703
Sedgwick LLP
One North Wacker Drive
Suite 4200
Chicago, IL  60606
Email:  michael.mcnaughton@sedgwicklaw.com
Telephone:  (312) 641-9050
Facsimile:  (312) 641-9530